Submitted on record and briefs July 28, affirmed August 31, 2005

STATE OF OREGON,
*Respondent,*

*v.*

VAN SANCHEZ MARTINEZ,
*Appellant.*

03C-40009; A122147

118 P3d 835

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Anne Fujita Munsey, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Steven R. Powers, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman* and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Gutierrez*, 197 Or App 496, 106 P3d 670, *adh'd to on recons*, 199 Or App 521, 112 P3d 433 (2005).

---

* Schuman, J., *vice* Richardson, S. J.